UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RENCANA LLC d/b/a CORE REFORM PILATES, <br><br> Plaintiffs, <br><br> v. <br><br> THE HARTFORD FINANCIAL SERVICES GROUP, INC. and SENTINEL INSURANCE COMPANY, LTD., <br><br> Defendants. | ) <br> ) <br> )   No. 3:20-cv-00611-JBA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN PARTIES**

Plaintiff Rencana LLC d/b/a Core Reform Pilates, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendant The Hartford Financial Services Group, Inc. ("HFSG") without prejudice.

HSFG has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: June 22, 2020

Respectfully submitted,

*/s/ Neal Moskow*
Neal Moskow, Esq.
URY & MOSKOW
Bar # - ct04516
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 877-410-7259
neal@urymoskow.com

1

2

        */s/ Daniel Levin*
        Daniel Levin, Esq.
        *Admitted Pro Hac Vice*
        LEVIN SEDRAN & BERMAN LLP
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106-3697
        Telephone: (215) 592-1500
        dlevin@lfsblaw.com

        *Attorneys for Plaintiff Rencana LLC d/b/a Core Reform Pilates*

**CERTIFICATE OF SERVICE**

I, Neal Moskow, certify that a copy of the foregoing Plaintiff's Notice of Dismiss of Certain Parties was filed on June 22, 2020 with the Clerk of the Clerk using the Court's CM/ECF system and was served on all counsel electronically via the Court's ECF system.

>*/s/ Neal Moskow*
>Neal Moskow, Esq.
>URY & MOSKOW
>Bar # - ct04516
>883 Black Rock Turnpike
>Fairfield, CT 06825
>Telephone: 877-410-7259
>neal@urymoskow.com